## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **ANTOINE EDWARDS** | **CIVIL CASE NO.  6:25-CV-00647** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 15] of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the OBJECTIONS TO THE REPORT AND RECOMMENDATION [Doc. 17] filed by Petitioner, and having determined that the findings are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the PETITION FOR WRIT OF HABEAS CORPUS [Doc. 5] is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE in Chambers on this 31st day of October, 2025.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE